UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH ROYAL,

    Plaintiff,

v.                                              Case No.: 8:23-cv-2617- JLB-UAM

MARTIN O'MALLEY,
**Commissioner of Social Security Administration,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 28). This request is unopposed. (*Id.*, p. 1).

The Commissioner requests remand with entry of judgment to provide the plaintiff an opportunity for a new hearing. (*Id.*, p. 2). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the undersigned **RECOMMENDS** the Commissioner's unopposed motion for entry of judgment with remand (Doc. 28) be **GRANTED**.

**ENTERED** in Tampa, Florida on July 18, 2024.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

### NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.