UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH ROYAL,

    Plaintiff,

v.                                Case No:  2:23-cv-2617-JLB-UAM

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Defendant's Unopposed Motion for Entry of Judgment with Remand under sentence four of 42 U.S.C. § 405(g) (Doc. 28) be granted. (Doc. 29). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*.

Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 28) is **GRANTED**.

3. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

4. Plaintiff is instructed that any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, *In re Administrative Orders of the Chief Judge*, Case No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

5. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** in Tampa, Florida, on August 8, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE