UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH ROYAL,

      Plaintiff,

v.                             Case No:  8:23-cv-2617-JLB-AEP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Petition for Equal Access to Justice Act Attorney Fees pursuant to 28 U.S.C. § 2412(d) (Doc. 33) be granted.   (Doc. 35).   No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."   *Id.*

    Here, after an independent review of the record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order for all purposes.

2.    Plaintiff's Unopposed Petition for EAJA Attorney Fees pursuant to 28 U.S.C. § 2412(d) (Doc. 33) is **GRANTED**.

3.    The Court awards Plaintiff $3,730.45 in attorney's fees.   If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, the Government may pay the award directly to Plaintiff's counsel.

4.    The Clerk of Court is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

**ORDERED** in Tampa, Florida, on March 5, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE